# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM HART,<br><br>                           Plaintiff,<br>vs.<br>JO ANNE B. BARNHART, Commissioner of Social Security Administration,<br><br>                          Defendant. | CASE NO. 05cv1967-LAB (CAB)<br><br>**ORDER OF DISMISSAL** |

Plaintiff filed a complaint in this matter on October 18, 2005 requesting review of an administrative decision by the Commissioner of Social Security denying Plaintiff a period of disability and disability insurance benefits. Because of the extended period of inactivity in this case, the Court ordered Plaintiff to show cause why this case should not be dismissed for want of prosecution. Plaintiff was to do so by filing and serving a memorandum of points and authorities no later than July 3, 2006. Plaintiff was cautioned that if she failed to do so, this case would be dismissed. Plaintiff has filed no memorandum of points and authorities as ordered. Therefore, this case is hereby **DISMISSED**.

DATED: December 8, 2006

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge